# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS FRANK MANISCALCO, | ) | NO. SA CV 03-1363 DDP (FMO) |
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| JIM HALL, Warden, | ) | |
| Respondent. | ) | |

    Having received and reviewed petitioner's "Motion to Expedite Ruling" ("Motion"), filed on March 14, 2011, IT IS ORDERED THAT petitioner's Motion **(Document No. 28)** is **granted in part and denied in part**. Petitioner is advised that his Petition for Writ of Habeas Corpus is currently under submission, and the court will notify him once a decision has been reached. The court expects a decision will be issued within the next 60 to 90 days.

Dated this 5th day of April, 2011.

/s/
Fernando M. Olguin
United States Magistrate Judge