1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 THOMAS FRANK MANISCALCO,    )   NO. SA CV 03-1363 DDP (FMO)

                  )

12            Petitioner,    )

                  )   **JUDGMENT**

13           v.         )

                  )

14 TIMOTHY E. BUSBY, Warden    )

                  )

15           Respondent.    )

                  )

16

17      IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

18

19 DATED:  _December 21_, 2011.

20

21

22 _____

23        DEAN D. PREGERSON
       UNITED STATES DISTRICT JUDGE

24

25

26

27

28