# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FRANK MANISCALCO,<br><br>          Petitioner,<br><br>     v.<br><br>TIMOTHY E. BUSBY, Warden<br><br>          Respondent. | NO. SA CV 03-1363 DDP (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  _December 21_, 2011.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE